

FILED by __ TB __ D.C.

ELECTRONIC

**Jul 18, 2014**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

# 14-20506-CR-MOORE/MCALILEY
CASE NO. _____

18 U.S.C. § 876(c)
18 U.S.C. § 1038(a)(1)(A)

UNITED STATES OF AMERICA

vs.

JONATHAN A. GILMORE,

      **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about November 5, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JONATHAN A. GILMORE,**

did knowingly cause to be delivered by the Postal Service, according to the directions thereon, a communication, addressed to J.D.G. at the United States Federal Court, Southern District of Florida—Miami Division, 400 North Miami Avenue, Miami, Florida 33128, who is a United States judge, and containing a threat to injure J.D.G., in violation of Title 18, United States Code, Section 876(c).

### COUNT 2

On or about November 5, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### JONATHAN A. GILMORE,

did engage in conduct, that is, mailing and causing to be mailed, and causing to be delivered, an envelope containing a white powdery substance and letter to the United States Federal Courthouse in Miami, Florida, with the intent to convey false and misleading information, that is, that the white powdery substance was in fact Anthrax, under circumstances where such information may reasonably be believed and where such information indicated that an activity has taken, is taking, and will take place that would constitute a violation of Chapter 10 of Title 18, United States Code, that is, 18 U.S.C. § 175(a) (prohibitions with respect to biological weapons); in violation of Title 18, United States Code, Sections 1038(a)(1)(A) and (c).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BROOKE C. WATSON
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**vs.**

**JONATHAN A. GILMORE,**

        **Defendant.**
_____ /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | New Defendant(s)         Yes ____ No ____ |
|---|---|---|
| _X_ Miami | ____ Key West | Number of New Defendants ____ |
| ____ FTL | ____ WPB ____ FTP | Total number of counts ____ |

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No)    _No_
List language and/or dialect _____

4.    This case will take   _2-3_   days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

(Check only one)

| | | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | | Petty | ____ |
| II | 6 to 10 days | ____ | | Minor | ____ |
| III | 11 to 20 days | ____ | | Misdem. | ____ |
| IV | 21 to 60 days | ____ | | Felony | _X_ |
| V | 61 days and over | ____ | | | |

6.    Has this case been previously filed in this District Court? (Yes or No)    _No_
If yes: _____
Judge:                     Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)    _No_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _September 30, 2009_
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)    _No_

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  _X_ No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes  _X_ No

_____
BROOKE C. WATSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5501844

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   Jonathan A. Gilmore

**Case No:**

Count #: 1

Mailing Threatening Communication to a United States Judge

Title 18, United States Code, Section 876(c)

**\*Max. Penalty: 10 years' imprisonment**

Count #: 2

False Information and Hoaxes

Title 18, United States Code, Section 1038(a)(1)(A)

**\*Max. Penalty: 5 years' imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**