UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**CASE NO.: 14-20506-CR-GRAHAM/D'ANGELO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN A. GILMORE,

    Defendant.

                      /

## <u>ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON SUPERVISED RELEASE OF VIOLATIONS</u>

**THIS CAUSE** came before the Court upon the Report and Recommendation on Supervised Release Violations.

**THE MATTER** was heard before Magistrate Judge Ellen F. D'Angelo on April 15, 2026. A Report and Recommendation was filed on April 16, 2026 **(ECF No. 116)**, recommending to the District Court to set this matter for a final revocation hearing and sentencing and accept Defendant's admission of guilt to violation two for failing to satisfy court-ordered restitution in Case Nos. 09-14043-CR, 10-14068-CR and 10-14074-CR. Magistrate Judge Ellen F. D'Angelo further recommended that the Court VACATE the Petitions in Case Nos. 14-20506-CR and 17-20601-CR, as the only violation contained in those Petitions is the new law violation for assault. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 116]** of United States Magistrate Judge Ellen F. D'Angelo, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Final Revocation and Sentencing Hearing in this matter has been set for **Friday, June 5, 2026 at 11:30 a.m.,** before the Honorable District Judge Donald L. Graham at the Alto Lee

Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4074, Fort Pierce,

Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 16th day of April, 2026.

DONALD L. GRAHAM
SENIOR UNITED STATES DISTRICT JUDGE

cc:     U.S. Magistrate Judge Ellen F. D'Angelo
        All Counsel of Record
        U.S. Probation Office